UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ALEJANDRO GUEVARA,<br><br>Defendant. | No. CR16-0245JLR<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. Any and all visual depictions and/or images of minor children engaged in sexually explicit conduct, in whatever form and however stored;

2. One Samsung model SGH-T399 cell phone, serial number RV8F614T5CT;

3. HTC model PH44100 cell phone, serial number HT27SMB07289;

4. Cool pad model Coolpad3320A cell phone, serial number 10367S-YL3320A;

5. Kyocera model S1370 cell phone, IMEI number 014289001657524; and,

6. ZTE model N9132 cell phone, serial number 32975691350A with attached Kingston 16 GB micros SD card.

Final Order of Forfeiture - 1
U.S. v. Kevin Alejandro Guevara, CR16-245-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement he entered on December 21, 2016, Defendant Kevin Alejandro Guevara forfeited his interest in the above-listed property pursuant to 18 U.S.C. § 2253 (Dkt. No. 25, ¶ 6);
- On April 7, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 31);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 36); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security ("DHS"), and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

IT IS SO ORDERED.

///

///

Final Order of Forfeiture - 2
U.S. v. Kevin Alejandro Guevara, CR16-245-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 23rd day of June, 2017.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

/s Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*U.S. v. Kevin Alejandro Guevara*, CR16-245-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970